112

ERIC BARSOHN, PLAINTIFF-RESPONDENT, v. LEHIGH VALLEY RAILROAD CO., *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Pindar, McElroy, Connell & Foley, Miss Sonia Napolitano, Messrs. Lamb, Blake, Hutchinson & Dunne,* and *Mr. Paul B. Thompson* for the petitioners.

*Messrs. Asch & Asch* for the respondent.

March 21, 1967. Denied.

LOUIS SAROK, *ET AL.*, PLAINTIFFS-PETITIONERS, v. HOWARD A. GOLDBERGER, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. Louis Sarok* and *Mrs. Kathleen Sarok in propria persona.*

*Messrs. Mead, Gleeson, Hansen & Pantages* and *Mr. Stanley G. Bedford* for the respondents.

March 21, 1967. Denied.

RUTH ADAMS, *ETC.*, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. ROBERT JOHN BREITFELLER, DEFENDANT-PETITIONER; RUTH G. WATKINS, *ETC.*, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. ROBERT JOHN BREITFELLER, DEFENDANT-PETITIONER.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. H. Curtis Meanor* for the petitioner.

*Mr. George Y. Schoch* and *Messrs. Dawes & Dawes* for the respondents.

March 21, 1967. Denied.